UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MELISSA N. CARRO ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> VANDERBILT UNIVERSITY ) <br> ) <br> ) <br> ) <br> Defendant. ) | Case No. 3:12-cv-1325 <br> Judge Campbell |

<u>ENTRY OF JUDGMENT</u>

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 3, 2013.

KEITH THROCKMORTON, CLERK

s/  Hannah B. Blaney